IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                               08-CR-106S

LEN WAH CHONG,
     a/k/a Lisa Chong
     a/k/a Lisa Tsui

        Defendant.

RE: 225 East Avenue,
Lockport, New York

---

## ORDER FOR SALE

Upon review of the Stipulation for Sale previously filed in this action and for good cause shown, it is hereby

ORDERED, the parties sell the defendant real property pursuant to the terms and conditions set forth in the Stipulation for Sale to a bona fide third party purchaser for value; and it is further

ORDERED, that the mortgage held by Petitioners be satisfied from the proceeds from the sale of the defendant real property or upon the Final Order of Forfeiture over the property, whichever occurs first in time.  The mortgage shall be paid as follows:

| | |
|---|---|
| Original Principal balance | $48,000.00 |
| Remaining Principal balance | $32,593.20 |

| | |
|---|---:|
| Interest accrued at per diem rate of $6.70 from 03/01/08 through 9/01/2008 | $1,306.50 |
| TOTAL | **$33,899.70** |

Interest on said mortgage will continue to accrue at its specified rate, and actual payment shall be calculated to the specific date of closing.  Upon receipt of said mortgage and interest payment, Petitioners shall discharge their mortgage on the defendant real property; and it is further

ORDERED, the Petitioners be reimbursed the amount of $500.00 for any insurance premiums paid on the real property since April 30, 2008; and it is further

ORDERED, that the payment of all taxes and assessments existing at the time of the sale of the defendant real property, and other expenses concerning the sale and transfer of the defendant real property, including but not limited to transfer tax, recording fees, real estate commissions, search and survey fees, and property inspection and maintenance expenses, are to be paid from the proceeds received from the sale of the defendant real property; and it is further

ORDERED, that after all payments and disbursements are executed, any remaining sale proceeds are to be substituted as the

**res** in the pending forfeiture action and shall be placed and remain in an escrow account under the control of the United States Marshals Service for the Western District of New York; and it is further

ORDERED, the Court shall retain jurisdiction over said funds and that said funds will not dissipate, diminish, or otherwise be reduced in value without an express order by this Court.

DATED:   Buffalo, New York, September 11, 2008.


/s/William M. Skretny
WILLIAM M. SKRETNY
UNITED STATES DISTRICT JUDGE